UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 19-244 |
| TOMMIE MANGO | SECTION "I" (2) |

## ORDER

The government's motion for detention pending trial was taken under advisement after an evidentiary hearing on this date. Having considered the testimony, Government's Exhibit No. 1, the oral argument of counsel, the background report and recommendation of the United States Probation Officer and the applicable law, the motion is GRANTED. I find by clear and convincing evidence that the presumption applicable to the charged crime of violence involving a stolen firearm has not been rebutted and that no condition or combination of conditions will reasonably assure community safety or defendant's appearance in court. The bond conditions proposed by defendant during the hearing were unsatisfactory. Specifically, the proposed third-party custodian and home incarceration environment were not acceptable to the court because the court lacks confidence that either would adequately address the considerable danger and appearance concerns presented by the record. The court can conceive of no other adequate custodian, home incarceration environment or other conditions, and none were proposed. An order of detention pending trial will be separately entered.

The United States Marshal is hereby directed to instruct the appropriate correctional officer at the facility where defendant Tommie Mango is being held to have Mango

examined by an appropriate physician for purposes of assessing the state of his mental health conditions and history and to undertake whatever treatment might be deemed necessary.

New Orleans, Louisiana, this __27th__ day of December, 2019.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
U.S. MARSHAL
U.S. PROBATION